1990 **CORVETTE and Richard Dean Gregoire, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 05–04–01547–CV.**

Court of Appeals of Texas, Dallas.

Jan. 26, 2005.

Ronald E. Harden, The Harden Law Firm, L.L.P., Terrell, for Relator.

William E. Walton, Criminal District Atty., Kaufman, for Real Party In Interest.

Before Chief Justice THOMAS and Justices LANG–MIERS and MAZZANT.

### OPINION PER CURIAM

PER CURIAM.

Appellant filed a petition for writ of mandamus. The Court determined that there was an adequate remedy at law and ordered that the petition be treated as a notice of appeal. On November 9, 2004, the Court ordered appellant to file his brief. Appellant has failed to do so.

On the court's own motion, this appeal is **DISMISSED** for want of prosecution. *See* Tex.R.App. P. 42.3(b),(c).